UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRAULIO VILLAGOMEZ HUETZEN, | ) |
| | ) CASE NO. C12-0218-RAJ-MAT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| NATHALIE R. ASHER, Field Office Director, United States Immigration and Customs Enforcement, | ) ) ) |
| | ) |
| Respondent. | ) |
| | ) |

Petitioner Braulio Villagomez Huetzen, a native and citizen of Mexico, is currently detained at the Northwest Detention Center in Tacoma, Washington, pursuant to a reinstated expedited removal order. On February 8, 2012, petitioner, proceeding through counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, requesting that the Court stay his removal pending review of the reinstated expedited removal order. (Dkt. No. 1.) The Court subsequently issued a temporary stay of removal and directed respondent to file a response. (Dkt. No. 2.) Pursuant to this Court's Order, respondent filed an opposition to petitioner's request for stay of removal, asserting that petitioner had failed to establish that he

REPORT AND RECOMMENDATION
PAGE -1

was entitled to the remedy of an injunction, and requested that the Court deny petitioner's request for stay of removal. (Dkt. No. 6.)

Petitioner now moves to vacate the temporary stay of removal, asserting that he no longer wishes to stay his deportation. (Dkt. No. 22.) Accordingly, the Court recommends that petitioner's motion to vacate order of temporary stay of removal (Dkt. No. 22) be GRANTED, and that the temporary stay of removal (Dkt. No. 2) be VACATED. A proposed Order accompanies this Report and Recommendation.

DATED this 23rd day of April, 2012.

Mary Alice Theiler
United States Magistrate Judge