12-CV-00218-JSR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRAULIO VILLAGOMEZ HUETZEN, | CASE NO. C12-0218-RAJ-MAT |
| Petitioner, | |
| v. | ORDER VACATING TEMPORARY STAY OF REMOVAL |
| NATHALIE R. ASHER, Field Office Director, United States Immigration and Customs Enforcement, | |
| Respondent. | |

The Court having reviewed petitioner's Petition for Writ of Habeas Corpus and Emergency Request for Stay of Removal (Dkt. No. 1), respondent's Opposition to Stay of Removal (Dkt. No. 6), petitioner's Motion to Vacate Order of Temporary Stay of Removal (Dkt. No. 22), the Report and Recommendation of the Hon. Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, finds and ORDERS as follows:

(1) Petitioner's Motion to Vacate Order of Temporary Stay of Removal (Dkt. No. 22), is GRANTED, and the Order Granting Temporary Stay of Removal (Dkt. No. 2) is VACATED; and

(2) The Clerk shall send a copy of this Order to the parties, and to Judge Theiler.

DATED this 24th day of April, 2012.

RICHARD A. JONES
United States District Judge

ORDER VACATING TEMPORARY STAY OF REMOVAL
PAGE -2